LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARJORIE LEAH BRUNKALLA-SASPA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner Of Social Security,<br><br>    Defendant. | No. EDCV 13 – 01352 JCG<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($3,700.00) subject to the terms of the stipulation.

DATE: May 6, 2014    _____

                              HON. JAY C. GANDHI
                              UNITED STATES MAGISTRATE JUDGE

-1-